[Nos. 40888-7-I; 41280-9-I.   Division One.   March 1, 1999.]

*In the Matter of the Dependency of* C.C.

KARIE C., ET AL., *Appellants*, v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeals from a judgment of the Superior Court for King
County, No. 95-7-01240-8, Philip G. Hubbard, Jr., J.,
entered June 13, 1997. *Affirmed* by unpublished opinion
per Kennedy, C.J., concurred in by Grosse and Appelwick,
JJ.

[No. 40992-1-I.   Division One.   March 1, 1999.]

*In the Matter of the Estate of* LAVINA A. KESSLER.

THOMAS TRIMM, ET AL., *Appellants*, v. BRIAN DAVIS, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 96-4-02493-4, Jim Bates, J., entered July 9,
1997. *Affirmed in part* and *reversed in part* by unpublished
opinion per Agid, A.C.J., concurred in by Cox and Elling-
ton, JJ. Now published at 95 Wn. App. 358.

[No. 41002-4-I.   Division One.   March 1, 1999.]

BLUE CROSS OF WASHINGTON AND ALASKA, *Appellant*, v.
GARY DEVOE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-13842-0, Sharon S. Armstrong, J., entered
July 8, 1997. *Affirmed* by unpublished opinion per Webster,
J., concurred in by Kennedy, C.J., and Baker, J.